UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-40337-659 |
| **MICHAEL JAMES MCELROY** | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtor** | ) | |

### NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN

    PLEASE TAKE NOTICE that John V. LaBarge, Jr., Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation.  The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay a meaningful amount to unsecured creditors.  If the plan completes as is, the Trustee will raise an objection to discharge and the debtor may not receive a discharge of otherwise dischargeable debts.

Dated: 9/28/2016

NTCFEAS--LQ

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

    The undersigned hereby certifies that he served the above notice on this day of September 28, 2016, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. LaBarge, Jr.

MICHAEL JAMES MCELROY
6665 CHESAPEAKE DR
APT A
FLORISSANT, MO  63033

WATTON LAW GROUP
700 N WATER ST
STE 500
MILWAUKEE, WI  53202